# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RELATOR LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HARVEY LOBEL, et al.,<br><br>    Defendants. | Case No. CV 22-4782-MWF(MBKx)<br><br>ORDER GRANTING STIPULATION SETTING DATE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT |

The Court has considered the parties' Stipulation Setting Date for Defendants to Respond to the Complaint, filed May 14, 2025.  (Docket No. 46).  For good cause shown, the Court ORDERS as follows:

- Defendants Harvey Lobel and Lobel Financial Corporation's (collectively, "Defendants") response to Plaintiffs' Complaint is currently due May 16, 2025.
- As agreed by the parties, the deadline for Defendants to respond to the Complaint is CONTINUED to no later than **June 13, 2025.**

**IT IS SO ORDERED.**

Dated:  May 14, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-