| | |
|---|---|
| 1 | Gary Dean Lobel (State Bar No. 105983) |
| 2 | Jarlath M. Curran (State Bar No. 239352) |
| | 1150 N. Magnolia Avenue |
| 3 | Anaheim, CA 92801 |
| 4 | Telephone:  (714) 995-3333 |
| | Facsimile:  (714) 995-4723 |
| 5 | |
| 6 | *Attorney for Defendants* |
| | *Harvey Lobel and Lobel Financial* |
| 7 | *Corporation.* |
| 8 | |
| 9 | Kristen L. Nelson (SBN 269318) |
| |    knelson@hechtpartners.com |
| 10 | **HECHT PARTNERS LLP** |
| 11 | 2121 Avenue of the Stars, Suite 800 |
| | Century City, CA 90067 |
| 12 | Phone: (310) 804-8065 |
| 13 | Attorneys for Plaintiff-Relator, |
| | RELATOR LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>*ex rel.* RELATOR LLC, a California limited liability company,<br><br>Relator,<br><br>vs.<br><br>HARVEY LOBEL, an individual, LOBEL FINANCIAL CORPORATION, a California Corporation; and DOES 1-10,,<br><br>Defendants. | Case No.  2:22-cv-04782-MWF-MRW<br><br>**NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY ALL FUTURE DEADLINES**<br><br>[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]<br><br>Complaint Filed: July 13, 2022 |

1  PLEASE TAKE NOTICE THAT the parties have reach a settlement-in-principle in the above-captioned case.

Accordingly, in light of the parties' pending settlement, the parties hereby request through their respective counsel of record that the Court stay all future deadlines in this action. The purpose of the stay is to finalize drafting the settlement agreement and obtain the necessary signatures.

Respectfully submitted,

Date: August 4, 2025

By: */s/ Jarlath M. Curran*
Jarlath M. Curran (SBN 239352)
jcurran@lobelfinancial.com
Telephone: (714) 995-3333

*Attorney for Defendants*
*Harvey Lobel and Lobel Financial Corporation.*

Date: August 4, 2025

By: */s/ Kristen L. Nelson*

Kristen L. Nelson (SBN 269318)
knelson@hechtpartners.com
Hecht Partners LLP
2121 Avenue of the Stars, Ste 800,
Los Angeles, CA 90067-5080
Telephone: (646)-502-9515

*Attorneys for Relator*
*Relator LLC*

\* Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, and in light of the settlement-in-principle, all future deadlines before this Court are stayed.

**IT IS SO ORDERED.**

Dated: _____, 2025

                                                  _____
Honorable Michael W. Fitzgerald
United States District Judge