JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>*ex rel.* RELATOR LLC,<br><br>　　　　　Relator,<br><br>　　v.<br><br>HARVEY LOBEL, et al.,<br><br>　　　　　Defendants. | Case No. CV 22-4782-MWF(MRWx)<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL |

　　　The Court has considered the parties' Joint Stipulation of Dismissal. (Docket No. 66). The Relator, Relator LLC, having filed a Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a), and the United States of America having filed its consent pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), IT IS ORDERED that this action is DISMISSED with prejudice as to Relator LLC, and without prejudice as to the United States of America.

　　　IT IS SO ORDERED.

Dated: January 13, 2026

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge